IN THE SUPREME COURT OF THE STATE OF OREGON

THE OREGON CLINIC, PC, an Oregon professional corporation,
Plaintiff-Appellant,

v.

FIREMAN'S FUND INSURANCE COMPANY, a California corporation,
Defendant-Appellee.

United States Court of Appeals for the Ninth Circuit
2235047

S070151

**ORDER DECLINING CERTIFIED QUESTION REQUEST**

Upon consideration by the court.

The court declines to accept the certified question.

MEAGAN A. FLYNN
CHIEF JUSTICE, SUPREME COURT
5/4/2023  7:58 AM

c: Seth H Row
Anthony Todaro
United States Court of Appeals for the Ninth Circuit

jlr



RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 08 2023

FILED_____
DOCKETED_____
DATE          INITIAL

**ORDER DENYING CERTIFIED QUESTION REQUEST**
REPLIES SHOULD BE DIRECTED TO: State Court Administrator, Records Section,
Supreme Court Building, 1163 State Street, Salem, OR 97301-2563
Page 1 of 1